**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08 - 00044**

Same Defendant _____ New Defendant ____x____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes** _____ **No** __X__    **Matter to be sealed:** _____ **Yes** __x__ **No**

Defendant Name    ROQUE CHARGUALAF INOCENTES

Alias Name     _____

Address     _____

      __Guam_____

Birthdate __Xx/xx/19__ SS# __xxx-xx-__ Sex __M__ Race __PI__ Nationality Chamorro_____

**U.S. Attorney Information:**

AUSA ____ Karon V. Johnson _____

**Interpreter:** __X__ No ___Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

RECEIVED
AUG 22 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: ___1___    _____ Petty _____ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set | 2 | | |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: __8/20/08__    Signature of AUSA: _Karon V. Johnson_

# Criminal Case Cover Sheet

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00044**

Same Defendant _____ New Defendant ___x___

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes** _____ **No** __X__     **Matter to be sealed:** _____ **Yes** __x__ **No**

Defendant Name ___BENITA SAN NICOLAS CAMP___

Alias Name _____

Address _____

_____Guam_____

Birthdate __Xx/xx/19__ SS# __xxx-xx-__ Sex __F__ Race __PI__ Nationality _Chamorro___

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

**Interpreter:** __X__ No ___Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

R E C E I V E D

AUG 22 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: ___1___     _____ Petty _____ Misdemeanor _____ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set | 1 16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set | 2 | | |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: ___8/20/08___ Signature of AUSA: ___Karon V. Johnson___

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08 - 0004 4**

Same Defendant _____ New Defendant ____x____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

## Defendant Information:

**Juvenile: Yes _____ No __X__     Matter to be sealed: _____ Yes __x__ No**

Defendant Name       JESSE CHACO NAUTA _____

Alias Name            _____

Address               _____

                      ____Guam____

Birthdate __Xx/xx/19__ SS# __xxx-xx-__ Sex __M__ Race __PI__ Nationality _Chamorro_____

## U.S. Attorney Information:

AUSA _____Karon V. Johnson_____

**Interpreter:** __X__ No ___Yes     List language and/or dialect: _____

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

RECEIVED
AUG 22 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## U.S.C. Citations

**Total # of Counts:** ___1_____     _____ Petty _____ Misdemeanor _____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: ___8/20/08___ Signature of AUSA: ___Karon V. Johnson___

# Criminal Case Cover Sheet

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08 - 00044**

Same Defendant _____ New Defendant ____x____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No __X__     Matter to be sealed: _____ Yes __x__ No**

Defendant Name     FRANK SAN NICOLAS CAMP

Alias Name     _____

Address     _____

_____ Guam _____

Birthdate __Xx/xx/19__ SS# __xxx-xx-__ Sex __M__ Race __PI__ Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA ____ Karon V. Johnson ____

**Interpreter:** __X__ No ___Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**
**AUG 22 2008**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: ___1___     _____ Petty _____ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set | 2 | | |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: _8/20/08_     Signature of AUSA: _Karon V. Johnson_