# UNITED STATES DISTRICT COURT

District of _____ GUAM

RECEIVED AUG 21 2008 US MARSHALS SERVICE GUAM

FILED DISTRICT COURT OF GUAM AUG 22 2008 R.D. JEANNE G. QUINATA Clerk of Court

UNITED STATES OF AMERICA

V.

ROQUE CHARGUALAF INOCENTES

**WARRANT FOR ARREST**

Case Number: CR-08-00044-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**ROQUE CHARGUALAF INOCENTES**__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    **X** Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with (brief description of offense)

**Taking of a Threatened Species, 16 U.S.C. §§ 1538(a)(1)(B), 1538(a)(1)(D) and 1540(b)(1)**

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

__JOAQUIN V. E. MANIBUSAN, JR.__
Name of Issuing Officer

Signature of Issuing Officer

__U.S. Magistrate Judge__
Title of Issuing Officer

08/21/2008; Hagatna, Guam
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

AGAT, GUAM

| DATE RECEIVED 08/22/08 | NAME AND TITLE OF ARRESTING OFFICER KEVIN SEILER SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/22/08 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____