# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00044　　　　　　　　　　DATE: August 22, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz　　Electronically Recorded: 4:51:08-5:15:00

**APPEARANCES:**

| Defendant: Roque Chargualaf Inocentes | Attorney: Federal Public Defender |
|---|---|
| Benita San Nicolas Camp | G. Patrick Civille |
| Jesse Chaco Nauta | Louie J. Yanza |
| Frank San Nicolas Camp | Stephanie G. Flores |

☑Present ☑Custody ☐Bond ☐P.R.　　☑Present ☐Retained ☐FPD ☑CJA

U.S. Attorney: Karon Johnson　　　　　U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on a Complaint and Arraignment**
- Financial Affidavits reviewed and accepted: <u>Federal Public Defender</u> appointed to represent Roque Chargualaf Inocentes, <u>G. Patrick Civille</u> appointed to represent Benita San Nicolas Camp, <u>Louie Y. Yanza</u> appointed to represent Jesse Chaco Nauta and <u>Stephanie G. Flores</u> appointed to represent Frank San Nicolas Camp.
- Defendants waive reading of <u>Complaint</u>.
- Defendants waive their right to trial, judgment and sentencing by a district judge and consent to proceed before the U.S. Magistrate Judge.
- Defendants sworn and examined.
- Defendants arraigned and advised of their rights, charges and penalties.
- Plea entered: <u>Not guilty</u>
- Trial Scheduling Order executed.
- Trial set for: <u>October 17, 2008 at 9:30 a.m.</u>
- Defendants released with conditions.

NOTES: