# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ROQUE CHARGUALAF INOCENTES,** *et al.*,<br><br>Defendants. | CRIMINAL CASE NO. 08-00044<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **ROQUE CHARGUALAF INOCENTES**; **G. PATRICK CIVILLE** is appointed to represent defendant **BENITA SAN NICOLAS CAMP**; LOUIE J. YANZA is appointed to represent defendant **JESSE CHACO NAUTA**; and **STEPHANIE G. FLORES** is appointed to represent defendant **FRANK SAN NICOLAS CAMP**.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 22, 2008