JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ROQUE CHARGULAF INOCENTES

FILED
DISTRICT COURT OF GUAM
SEP 0 8 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00044 |
| Plaintiff, | ) ) ) | STIPULATION TO MODIFY CONDITIONS OF RELEASE |
| vs. | ) ) | |
| ROQUE CHARGULAF INOCENTES, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's conditions of release be modified to allow for his continued employment at the port. This request is based on the court's previous order that defendant stay from all ports of entry

//

//

//

and exit.

       IT IS SO STIPULATED:

       DATED: Mongmong, Guam, September 5, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
ROQUE CHARGULAF INOCENTES

_____
KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2