JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ROQUE CHARGULAF INOCENTES

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00044-001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | Granting Stipulation to Modify |
| ROQUE CHARGULAF INOCENTES, | ) | Release Conditions |
| Defendant. | ) | |

The Stipulation filed on September 8, 2008, requesting modification of the Defendant's pretrial release conditions is hereby approved so as to permit him to continue employment at the port. The Defendant's conditions of release are modified such that the provision to stay away from all ports of entry and exit shall not apply for employment purposes.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 10, 2008